**Order entered February 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00221-CV

### IN RE FRANCIS EWERE, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F97-22264-KU**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     ADA BROWN
        JUSTICE